UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**CASE NO.: 1:21-cv-20137-DPG**

TANTI HUTAPEA, FERDENAND
DELOS SANTOS, and all others similarly
situated pursuant to 29 U.S.C. §216(b),

    Plaintiff,

vs.

IRON SUSHI LLC, a Florida limited
liability company, and MASAMITSU OCHI,
an individual,

    Defendants,
_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE TO REFILE</u>**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, TANTI HUTAPEA and FERDENAND DELOS SANTOS, by and through undersigned counsel, hereby file this Notice of Voluntary Dismissal without Prejudice to refile.

  **DATED** this **19th** day of **February,** 2021.

              Respectfully Submitted,

              **Law Offices of Nolan Klein, P.A.**
              *Attorneys for Plaintiffs*
              633 S. Andrews Ave., Ste. 500
              Fort Lauderdale, FL 33301
              PH: (954) 745-0588

              By: */s/ Nolan K. Klein*
                NOLAN K. KLEIN, ESQ.
                Florida Bar No. 647977
                klein@nklegal.com
                amy@nklegal.com

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **19th** day of **February**, 2021.

                                         By: */s/ Nolan K. Klein*
                                                 NOLAN K. KLEIN
                                                 Florida Bar No. 647977